# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARIS GANTZ, | Civil No. 3:19-cv-446 |
| Plaintiff | (Judge Mariani) |
| v. | |
| PA DEPARTMENT OF CORRECTIONS, SCI ROCKVIEW, | |
| Defendants | |

## ORDER

**AND NOW**, this 20th day of March, 2019, upon consideration of the complaint (Doc. 1), and in accordance with the Memorandum of the same date, **IT IS HEREBY**

**ORDERED THAT:**

1. Plaintiff shall **FILE** an amended complaint on or before April 17, 2019.

2. The amended complaint shall contain the same case number that is presently assigned to this action, 3:19-cv-446, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(d).

3. Plaintiff is warned that failure to timely file an amended complaint will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge