IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS LAVAR GANTZ, | : | Civil No. 3:19-cv-446 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MARK GARMAN, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 13th day of May, 2020, upon consideration of Defendant's motion (Doc. 19) to dismiss, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 19) to dismiss is **GRANTED**.

2. Plaintiff's motion (Doc. 25) for summary judgment is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

　　　　　　　　　　　　　　　　　__*s/ Robert D. Mariani*_____
　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　United States District Judge